**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOANNE DROZ,

    Plaintiff,

v.                                                                Case No. 6:22-cv-800-WWB-LHP

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.

_____

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal of Action Without Prejudice (Doc. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on May 27, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record